Marion L. Kirby, Respondent, *v.* Fred J. Tricker et al., Appellants.

Submitted March 8, 1943; decided June 18, 1943.

*Rudolph Dugan* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serves and files undertaking on appeal within ten days, in which event the motion is denied.

Joseph G. Browne, Appellant, *v.* Fenton G. Hibbets, as President of Local Union No. 584, Unit No. 3, International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers of America, Respondent, et al., Defendants.

Submitted May 17, 1943; decided June 18, 1943.

Motion by respondent for reargument and to amend the remittitur denied. The appeal was determined upon the facts as shown in the record, though the statement in the opinion that a letter was written " appealing \* \* \* from the Local's action expelling plaintiff " may not be entirely accurate and will be corrected. (See 290 N. Y. 459.)